DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JORGE A. CASTRO** a/k/a **JORGE CASTRO** a/k/a
**JORGE CASTRO, III,** and **LEONOR DOMINGUEZ,**
Appellants,

v.

**NATIONSTAR MORTGAGE, LLC,**
Appellee.

No. 4D17-3622

[February 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. 12-06339 (11).

Kenneth Eric Trent, Fort Lauderdale, for appellants.

Mary J. Walter of Liebler, Gonzalez & Portuondo, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***